IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| In the Matter of the Detention of | ) | No. 79883-9-I |
| | ) | |
| H.R. | ) | UNPUBLISHED OPINION |
| | ) | |
| | ) | |
| | ) | |
| | ) | FILED: MAR 1 6 2020 |

PER CURIAM — H.R. appeals an order on revision upholding the revocation of his less restrictive alternative for violations of the LRA's conditions, and involuntarily committing him for 90 days. He contends, and the State concedes, that the order must be vacated because the court entered insufficient findings to support revocation and violated his right to due process. See In the Matter of the Detention of G.D., __ Wn.App.2d __ , 450 P.3d 668 (2019) (boilerplate findings insufficient to permit meaningful review of determination that appellant presented a likelihood of serious harm to herself). We accept the concession of error. For the first time in his response to the State's concession, H.R. also asks this court to direct the trial court to enter an order dismissing the petition to revoke the LRA. We leave the latter issue for the trial court.

FOR THE COURT:

_Chun, J._

_Andrus, J._

_Mann, ACJ_